UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KING MWASI,<br><br>               Plaintiff,<br><br>     v.<br><br>SHITTU, et al.,<br><br>               Defendants. | Case No.  1:23-cv-00364-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF'S FEDERAL CLAIMS BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM, AND THAT THE COURT DECLINE TO EXERCISE SUPPLEMENTAL JURISDICTION OVER STATE LAW CLAIMS<br><br>(Doc. 13) |

Plaintiff King Mwasi is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 1, 2023, the assigned magistrate judge screened the first amended complaint and issued findings and recommendations that plaintiff's federal claims be dismissed with prejudice based on plaintiff's failure to state a cognizable claim upon which relief may be granted, and that the court decline to exercise supplemental jurisdiction over plaintiff's state law claims.  Doc. 13.  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service.  *Id.* at 16.  Following an extension of time, plaintiff's objections were due on or before October 25, 2023.  Plaintiff did not file objections, and the extended deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this court has conducted a de novo review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Based upon the foregoing, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations issued on September 1, 2023, (Doc. 13), are ADOPTED IN FULL;
2. Plaintiff's federal claims are DISMISSED, with prejudice, based on plaintiff's failure to state a cognizable claim upon which relief may be granted;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims and the state law claims are dismissed, without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   July 1, 2024

UNITED STATES DISTRICT JUDGE